```
                           United States Bankruptcy Court
                           Northern District of California
```

In re:                                                      Case No. 18-40134-CN
Irene Rodriguez                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: wbkarnes     Page 1 of 1     Date Rcvd: Feb 01, 2018
                        Form ID: NDC       Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db             +Irene Rodriguez,    1777 Hamilton Ave. #2060,    San Jose, CA 95125-5421
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:   State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
                 Sacramento, CA  94279)
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
14697611       +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
14697612       +Faye Servicing,    P.O. Box 88009,    Chicago, IL 60680-1009
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Feb 02 2018 04:33:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Feb 02 2018 04:33:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
cr             +EDI: RMSC.COM Feb 02 2018 04:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 P.O. Box 41021,    Norfolk, VA 23541-1021
14702608       +EDI: MID8.COM Feb 02 2018 04:33:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Irene Rodriguez | Case No.: 18–40134 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on January 18, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 2/1/18

By the Court:

Charles Novack
United States Bankruptcy Judge